■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL L. BRAYER, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered October 27, 2006. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM ALWARDT, Also Known as ADAM A. ALWARDT, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 10, 2008. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.